IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WILLIAM STEVENS,<br><br>Petitioner,<br><br>v.<br><br>PATRICK COVELLO, WARDEN,<br><br>Respondent. | Case No. CV 22-1216 CJC (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

1   IT IS ORDERED that Judgment be entered denying the petition and
2 dismissing this action with prejudice.

DATE: August 10, 2023

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE